FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

Jun 21, 2022

SEAN F. McAVOY, CLERK

Eastern _____ DISTRICT OF _____ Washington

UNITED STATES OF AMERICA

V.

KERRI E. AMES

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 2:20-PO-0167-JAG-1

The Defendant was found not guilty of Ct. 1 of Citation 9288861.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

James A. Goeke _____ Magistrate Judge
Name of Judge            Title of Judge

6/21/2022 _____
            Date